Slip Op. 00 - 165

# *UNITED STATES COURT OF INTERNATIONAL TRADE*

————————————————————
                                  :

THE UNITED STATES,                :

                                    :

                    Plaintiff,    :

                                    :

                      v.          :      **Before: MUSGRAVE**, **JUDGE**

                                    :

JOSEPH ALMANY, d/b/a J.A. IMPORTS,  :      Court No. 96-02-00384

DAVID JORDAN, INC., and          :

FAR WEST INSURANCE COMPANY,     :

                                    :

                    Defendants.   :

————————————————————:

## FINAL JUDGMENT
## AGAINST FAR WEST INSURANCE COMPANY

      Upon reading and considering the plaintiff's November 2, 2000 Motion For Entry of Judgment against Far West Insurance Company for additional custom duties owed plus interest, in accordance with the decision in Slip Op. 98-72 (June 3, 1998) finding Far West Insurance Company jointly and severally liable therefor it is hereby:

      **ORDERED** that judgment be, and it hereby is, entered in favor of The United States of America, against Far West Insurance Company, in the amount of $5,016.87, plus interest as provided in 19 U.S.C. § 580 and 28 U.S.C. § 1961.

                                                        —————————————————————

                                            R. KENTON MUSGRAVE, JUDGE

Dated:  December 19, 2000
         New York, New York